29724. EVANS *v.* THE STATE.
29749. TURNER *v.* THE STATE.

DECIDED SEPTEMBER 19, 1942.

*Clint W. Hager, J. F. Kemp,* for plaintiffs in error.
*Bond Almand, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye,* contra.

BROYLES, C. J. The two defendants were charged in separate accusations with the offense of operating a lottery, known as the "number game," but were tried together. The judge presiding without the intervention of a jury, adjudged both of them guilty of the offense charged. Subsequently, each defendant's certiorari was overruled in the superior court, and those judgments are assigned as error.

Under the stipulations agreed to by both parties, and the undisputed evidence adduced, the judgments of the trial judge were authorized. The case of *Chandler* v. *State,* 63 *Ga. App.* 304 (11 S. E. 2d, 103), cited in behalf of the accused, is distinguished by its facts from this case. The overruling of the certioraries was not error.

*Judgments affirmed. MacIntyre and Gardner, JJ., concur.*

29581. GARRER *v.* THE STATE.

MACINTYRE, J. The evidence amply supported the verdict. The exception to the overruling of the motion to rule out certain evidence stated in the only special ground of the motion for new trial was not meritorious.
*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED SEPTEMBER 21, 1942.

*E. M. Price,* for plaintiff in error.
*Preston B. Lewis, solicitor,* contra.